UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:26-cr-00031 |
| | ) | CHIEF JUDGE CAMPBELL |
| HELEN BOERMAN | ) | |

**DECLARATION OF SPECIAL AGENT KENNETH BARRETT**

I, KENNETH BARRETT, declare under penalty of perjury that the following statements are true and correct:

1. I am a Special Agent with the United States Department of Health and Human Services, Office of the Inspector General ("HHS-OIG").

2. In my role with HHS-OIG I have experience investigating healthcare fraud, including through the analysis of claims data, and I have been involved in the investigation and prosecution of this case.

3. During the course of the investigation and prosecution of this case, I, and other agents, obtained claims data from insurers to include Medicare Part B, Medicare Part C, Federal Employee Health Benefits Program ("FEHBP"), and Medicaid, among others. These claims were sent to insurers for reimbursement of Amniotic Membrane Grafts utilizing CPT Code 65778.

4. I reviewed Medicare claims data for the billing of Amniotic Membrane Grafts ("AMG") by Brentwood Eyecare from 2016 to August 2024. I created the following chart and table to summarize the billing and claims data by year:




| Year | Billed Amont | Paid Amount | Number of Grafts Billed |
|---|---|---|---|
| 2016 | $ 65,400.00 | $ 22,078.32 | 30 |
| 2017 | $ 201,200.00 | $ 89,003.46 | 97 |
| 2018 | $ 576,200.00 | $ 378,636.66 | 411 |
| 2019 | $ 782,600.00 | $ 508,603.37 | 559 |
| 2020 | $ 1,171,800.00 | $ 844,811.38 | 837 |
| 2021 | $ 3,294,400.00 | $ 2,375,412.56 | 2249 |
| 2022 | $ 5,977,500.00 | $ 3,687,505.79 | 3985 |
| 2023 | $ 2,778,000.00 | $ 1,667,277.25 | 1852 |
| 2024 | $ 1,729,500.00 | $ 852,535.88 | 1153 |
| **Grand Total** | **$ 16,576,600.00** | **$ 10,425,864.67** | **11173** |

5. I conducted an inventory analysis comparing Brentwood Eyecare's billing of AMGs against purchase records for those grafts. During the time period from January 2021 to November 2024, Brentwood Eyecare purchased AMGs from two distributors – Versea and Integra. I obtained records of AMG sales from Versea and Integra to Brentwood Eyecare. When compared to Medicare Part B and Part C data, Brentwood Eyecare was short 5,738 grafts. That is to say that Brentwood Eyecare billed Medicare and Medicare Advantage plans for 5,738 more grafts than

Brentwood Eyecare purchased from Versea and Integra. This inventory analysis does not take into account grafts billed to other insurers. The following chart outlines this analysis:

| **Distributor Invoice totals January 2021-November 2024** | |
|---|---|
| Versea | 1437 |
| Integra Shipped | 5190 |
| Integra Returned | -150 |
| **Total Grafts Purchased by** Brentwood Eyecare | 6477 |
| | |
| Grafts billed to Medicare Part B January 2021-August 2024 | 8825 |
| Grafts billed to Medicare Part C January 2021 - November 2024 | 3390 |
| **Total Grafts Billed** | **12215** |
| | |
| | |
| **Shortage from Part B and C alone (Purchase-Billed):** | **-5738** |

6. I have reviewed nationwide Medicare claims data for all optometrists in the country for their billing of AMGs. This data has been summarized annually and sorted in descending order by the amount that Medicare has paid each provider for AMGs. For the years 2020, 2021, and 2022, Dr. Helen Boerman was the top optometrist in the country for Medicare reimbursement for AMGs. In 2023, Boerman, and her staff Optometrist [redacted], were numbers 3 and 4 nationwide.

7. That data shows that Dr. Boerman bills more grafts per patient than the other top ten providers. For example, in 2022 Dr. Boerman averaged 30 claims to Medicare per patient for AMG, while the others in the top ten list averaged approximately 1.5 claims per patient.

8. These peer comparison charts are provided below for calendar years 2020-2023. There are thousands of optometrists that bill for AMGs in the data, but only the top ten are shown for each year below.

2020 National Peer Comparison across all optometrists for the billing of AMGs. Top ten shown of 2336 providers.

| NPI | Rendering Provider Name | Number of Patients | Number of Claims | Total Billed | Total Paid | Average paid per patient |
|---|---|---|---|---|---|---|
| [redacted]5003 | BOERMAN, HELEN | 89 | 836 | $1,170,400.00 | $844,811.68 | *$9,492.27* |
| [redacted]0636 | [redacted] | 289 | 532 | $1,320,956.00 | $637,765.83 | *$2,206.80* |
| [redacted]0346 | [redacted] | 237 | 436 | $1,082,588.00 | $524,501.65 | *$2,213.09* |
| [redacted]1741 | [redacted] | 124 | 269 | $878,500.00 | $447,088.02 | *$3,605.55* |
| [redacted]6525 | [redacted] | 164 | 284 | $710,138.00 | $345,866.61 | *$2,108.94* |
| [redacted]1685 | [redacted] | 128 | 243 | $819,840.00 | $293,797.70 | *$2,295.29* |
| [redacted]7724 | [redacted] | 147 | 244 | $605,852.00 | $293,112.16 | *$1,993.96* |
| [redacted]2164 | [redacted] | 141 | 150 | $386,450.00 | $281,119.14 | *$1,993.75* |
| [redacted]5794 | [redacted] | 96 | 326 | $635,700.00 | $273,617.00 | *$2,850.18* |
| [redacted]5008 | [redacted] | 117 | 214 | $536,328.00 | $256,605.97 | *$2,193.21* |

2021 National Peer Comparison across all optometrists for the billing of AMGs. Top ten shown of 2553 providers.

| NPI | Rendering Provider Name | Number of Patients | Number of Claims | Total Billed | Total Paid | Average paid per patient |
|---|---|---|---|---|---|---|
| [redacted]5003 | BOERMAN, HELEN | 106 | 2,249 | $3,294,400.00 | $2,375,412.56 | *$22,409.55* |
| [redacted]0636 | [redacted] | 309 | 531 | $1,318,473.00 | $670,617.61 | *$2,170.28* |
| [redacted]0346 | [redacted] | 260 | 458 | $1,137,214.00 | $584,262.92 | *$2,247.17* |
| [redacted]0316 | [redacted] | 151 | 296 | $1,545,604.37 | $434,135.13 | *$2,875.07* |
| [redacted]3886 | [redacted] | 154 | 269 | $667,927.00 | $333,609.85 | *$2,166.30* |
| [redacted]9438 | [redacted] | 139 | 161 | $439,610.00 | $313,002.57 | *$2,251.82* |
| [redacted]6525 | [redacted] | 138 | 245 | $608,335.00 | $309,596.59 | *$2,243.45* |
| [redacted]4963 | [redacted] | 136 | 267 | $1,033,257.72 | $307,685.81 | *$2,262.40* |
| [redacted]2164 | [redacted] | 143 | 155 | $405,450.00 | $300,089.79 | *$2,098.53* |
| [redacted]3956 | [redacted] | 213 | 262 | $393,521.38 | $274,370.94 | *$1,288.13* |

2022 National Peer Comparison across all optometrists for the billing of AMGs. Top ten shown of 2853 providers.

| NPI | Rendering Provider Name | Number of Patients | Number of Claims | Total Billed | Total Paid | Average paid per patient |
|---|---|---|---|---|---|---|
| [redacted]5003 | BOERMAN, HELEN | 115 | 3,450 | $5,178,000.00 | $3,286,119.03 | *$28,574.95* |
| [redacted]0636 | [redacted] | 391 | 588 | $1,460,004.00 | $684,263.40 | *$1,750.03* |
| [redacted]0346 | [redacted] | 282 | 447 | $1,109,901.00 | $525,535.89 | *$1,863.60* |
| [redacted]3956 | [redacted] | 383 | 508 | $762,812.72 | $503,260.70 | *$1,314.00* |
| [redacted]9280 | [redacted] | 69 | 533 | $799,500.00 | $401,386.76 | *$5,817.20* |
| [redacted]0316 | [redacted] | 154 | 231 | $1,266,271.14 | $340,512.40 | *$2,211.12* |
| [redacted]3886 | [redacted] | 190 | 302 | $749,866.00 | $339,238.54 | *$1,785.47* |
| [redacted]4521 | [redacted] | 146 | 260 | $645,580.00 | $301,476.65 | *$2,064.91* |
| [redacted]9662 | [redacted] | 41 | 269 | $403,500.00 | $293,587.89 | *$7,160.68* |
| [redacted]7724 | [redacted] | 134 | 246 | $610,818.00 | $288,894.63 | *$2,155.93* |

2023 National Peer Comparison across all optometrists for the billing of AMGs. Top ten shown of 3399 providers.

| NPI | Rendering Provider Name | Number of Patients | Number of Claims | Total Billed | Total Paid | Average paid per patient |
|---|---|---|---|---|---|---|
| [redacted]0636 | [redacted] | 498 | 907 | $2,252,081.00 | $1,023,919.51 | *$2,056.06* |
| [redacted]0346 | [redacted] | 552 | 897 | $2,227,251.00 | $1,018,485.39 | *$1,845.08* |
| [redacted]5003 | BOERMAN, HELEN | 83 | 1,116 | $1,674,000.00 | $1,005,185.60 | *$12,110.67* |
| [redacted]9280 | [redacted] | 71 | 736 | $1,104,000.00 | $662,092.25 | *$9,325.24* |
| [redacted]3886 | [redacted] | 232 | 398 | $988,234.00 | $431,823.85 | *$1,861.31* |
| [redacted]1685 | [redacted] | 119 | 360 | $1,216,320.00 | $427,564.17 | *$3,592.98* |
| [redacted]3956 | [redacted] | 357 | 513 | $724,439.37 | $426,792.27 | *$1,195.50* |
| [redacted]5497 | [redacted] | 174 | 366 | $915,000.00 | $352,691.56 | *$2,026.96* |
| [redacted]4047 | [redacted] | 307 | 386 | $505,168.65 | $340,584.57 | *$1,109.40* |
| [redacted]1934 | [redacted] | 198 | 344 | $583,080.00 | $335,140.16 | *$1,692.63* |

9. Brentwood Eyecare's AMG billing and subsequent Medicare payments increased in mid-2021 to exceed $300,000 monthly between October 2021 and August 2022 (with the exception of January 2022). The following chart shows a monthly view of Medicare payments to Brentwood Eyecare for AMGs from mid-2020 to mid-2023:

| Year and Month | Medicare Paid Amount for AMGs |
|---|---|
| 2020-07 | $ 59,922.70 |
| 2020-08 | $ 89,884.05 |
| 2020-09 | $ 84,718.30 |
| 2020-10 | $ 71,164.95 |
| 2020-11 | $ 73,353.65 |
| 2020-12 | $ 105,381.30 |
| 2021-01 | $ 90,264.84 |
| 2021-02 | $ 91,116.55 |
| 2021-03 | $ 115,133.25 |
| 2021-04 | $ 152,591.14 |
| 2021-05 | $ 139,832.06 |
| 2021-06 | $ 138,925.80 |
| 2021-07 | $ 149,612.40 |
| 2021-08 | $ 230,830.56 |
| 2021-09 | $ 267,002.60 |
| 2021-10 | $ 302,268.38 |
| 2021-11 | $ 343,039.86 |
| 2021-12 | $ 354,795.12 |
| 2022-01 | $ 183,023.82 |
| 2022-02 | $ 335,987.23 |
| 2022-03 | $ 410,599.42 |
| 2022-04 | $ 403,062.27 |
| 2022-05 | $ 416,162.24 |
| 2022-06 | $ 392,036.12 |
| 2022-07 | $ 341,646.60 |
| 2022-08 | $ 303,025.68 |
| 2022-09 | $ 217,861.60 |
| 2022-10 | $ 217,678.93 |
| 2022-11 | $ 245,589.44 |
| 2022-12 | $ 220,832.44 |
| 2023-01 | $ 211,718.54 |
| 2023-02 | $ 189,604.27 |
| 2023-03 | $ 158,857.44 |
| 2023-04 | $ 146,564.90 |
| 2023-05 | $ 130,312.86 |
| 2023-06 | $ 104,013.80 |

10. I reviewed bank records for Brentwood Eyecare and Dr. Helen Boerman. The records show that from mid-2021 to the beginning of 2023, Brentwood Eyecare transferred large sums to accounts controlled by Dr. Helen Boerman. Those accounts subsequently evidenced two large cash outlays.

11. I obtained information that the Boermans built a house located at [redacted] and closed on the property on or about May 25, 2022, with a payment of $5,260,004.30 to Lehman Title. Open-source information identifies that this property is a 6 bedroom, 7 bath house and is valued at approximately $7,000,000.

12. Records showed a deposit into the Boerman's investment account in the amount of $4,669,220.87, in January 2023.

13. I created the following chart to demonstrate the timing of some of the transfers of funds from the Brentwood Eyecare bank account to accounts controlled by Dr. Boerman, the closing for the property located at [redacted], and the deposit into an investment account.




14. The following image is of the property located at [redacted], [redacted], known to be owned by Dr. Helen Boerman and her spouse:

Google street view of the property at [redacted]



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I executed this Declaration this 3rd day of September, 2026.

*/s/ Kenneth Barrett*
KENNETH BARRETT
SPECIAL AGENT
HHS-OIG