UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:26-cr-00031 |
| v. | ) | |
| | ) | CHIEF JUDGE CAMPBELL |
| HELEN BOERMAN, O.D. | ) | |

**UNITED STATES' MOTION TO SEAL SENTENCING EXHIBITS**

The United States of America, Braden H. Boucek, United States Attorney, and Sarah K. Bogni, Assistant United States Attorney, respectfully requests that this Court seal the exhibits offered by the United States and admitted at the sentencing hearing. The sentencing exhibits included nonpublic information about defendant and patients of defendant's clinic, including personally identifiable information. An individual's privacy right is a basis supporting a request to seal. *See Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1179-80 (6th Cir. 1983); *cf. In re Search of Fair Fin.*, 692 F.3d 424, 432 (6th Cir. 2012) (denying press access to search warrant materials and noting "[w]e are concerned also that access to the documents might reveal the names of innocent people who never become involved in an ensuing criminal prosecution, causing them embarrassment or censure.") The detailed nonpublic information in the sentencing exhibits, including home addresses, names of individuals who have not been charged with crimes, and details of their medical diagnoses, makes clear that legitimate interests in favor of sealing outweigh the interests of the public in accessing the exhibits. The United States respectfully

requests the Court grant its motion to seal the exhibits offered by the United States and admitted by the Court at the sentencing hearing in this case.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

By: _/s/ Sarah K. Bogni_
SARAH K. BOGNI
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for defendant.

*/s/ Sarah K. Bogni*
SARAH K. BOGNI